IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VOCELLI, LLC, | ) |
| *Plaintiff,* | ) ) ) ) |
| v. | ) Civil Action No. 1:23-cv-1284 (PTG/LRV) |
| JAF3, INC., *et al,* | ) ) ) |
| *Defendants.* | ) ) |

## ORDER

This matter comes before the Court on its own initiative. On December 8, 2023, Plaintiff filed motions to dismiss Defendants' counterclaims and an accompanying memorandum in support of the motions. Dkts. 59, 60, 61. On January 11, 2024, Plaintiff filed a corrected memorandum in support of its motions. Dkt. 72. Accordingly, it is hereby

**ORDERED** that the memorandum filed on December 8, 2023 is **STRICKEN**.

Entered this 23rd day of January, 2024.
Alexandria, Virginia

Patricia Tolliver Giles
United States District Judge

1